**U.S.A. vs. Eduardo Romero Martinez**                    **Docket No. 7:08-CR-39-1D**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Eduardo Romero Martinez, who upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on February 25, 2009, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On December 15, 2010, pursuant to Rule 35(b)(1) of the Federal Rules of Criminal Procedure, the defendant's imprisonment term was reduced from 156 to 116 months.

Eduardo Romero Martinez was released from custody on August 19, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 21, 2016, the defendant was arrested and charged in Wilmington, North Carolina, with Driving While Impaired and Speeding 60/45 (16CR51417). The charges are pending adjudication in New Hanover County District Court. When confronted by the undersigned probation officer on February 25, 2016, the defendant admitted he operated a motor vehicle after consuming alcohol and expressed sincere remorse for his conduct. Release from state custody was authorized on February 21, 2016, after the defendant posted a $500 unsecured bond. As a sanction for this conduct, service of 3 days custody is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 consecutive days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: February 26, 2016

## ORDER OF THE COURT

Considered and ordered this **2** day of **March**, 2016 and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge