UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Eduardo Romero Martinez**                                                **Docket No. 7:08-CR-39-1D**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Eduardo Romero Martinez, who upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on February 25, 2009, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On December 15, 2010, pursuant to Rule 35(b)(1) of the Federal Rules of Criminal Procedure, the defendant's imprisonment term was reduced from 156 to 116 months.

Eduardo Romero Martinez was released from custody on August 19, 2015, at which time the term of supervised release commenced.

On February 26, 2016, a Petition for Action on Supervised Release was submitted to the court addressing new criminal charges. The defendant was continued on supervision and conditions were modified to include service of 3 days custody.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on September 15, 2016, was positive for cocaine. When this officer confronted Martinez about illicit drug use, he admitted that he used cocaine on September 11, 2016, and September 23, 2016, and signed an admission form. As a sanction for this conduct, service of 7 days custody is recommended. The defendant will be referred for substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 consecutive days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Eduardo Romero Martinez
Docket No. 7:08-CR-39-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: October 3, 2016

### ORDER OF THE COURT

Considered and ordered this __4__ day of __October__, 2016 and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
Chief U.S. District Judge