UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Eduardo Romero Martinez            Docket No. 7:08-CR-39-1D

**Petition for Action on Supervised Release**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Eduardo Romero Martinez, who upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on February 25, 2009, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On December 15, 2010, pursuant to Rule 35(b)(1) of the Federal Rules of Criminal Procedure, the defendant's imprisonment term was reduced from 156 to 116 months.

Eduardo Romero Martinez was released from custody on August 19, 2015, at which time the term of supervised release commenced.

On February 26, 2016, a Petition for Action on Supervised Release was submitted to the court addressing new criminal charges. The defendant was continued on supervision and conditions were modified to include service of 3 days custody.

On October 3, 2016, a Petition for Action on Supervised Release was submitted to the court addressing cocaine use on September 11, 2016, and September 23, 2016. The defendant was continued on supervision and conditions were modified to include service of 7 days custody and participation in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 23, 2016, the defendant was charged in New Hanover County with Driving While License Revoked, Speeding 90/70, and Reckless Driving to Endanger. These charges are pending adjudication in New Hanover County District Court. On December 29, 2016, the defendant was charged in Pender County with Aid and Abet Driving While Impaired and Allow Unlicensed Person to Drive. These charges are pending adjudication in Pender County District Court. As a sanction for this conduct, completion of 40 hours of community service is recommended. Additionally, the defendant will continue to participate in substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 40 hours of community service as directed by the probation office and, if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Eduardo Romero Martinez
Docket No. 7:08-CR-39-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: February 8, 2017

## ORDER OF THE COURT

Considered and ordered this  10  day of  February , 2017 and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
Chief U.S. District Judge